| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Treadwell, Marc T. | 2. Court or Organization<br><br>United States District Court, Middle District of Georgia | 3. Date of Report<br><br>2/5/2010 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>District Judge - Nominee | 5. Report Type (check appropriate type)<br><br>_X_ Nomination, Date 2/4/2010<br><br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>1/1/2009 - 1/31/2010 |
| 7. Chambers or Office Address<br><br>Adams, Jordan & Treadwell, P.C.<br>P.O. Box 928<br>Macon, GA 31202-0928 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Vice President | Adams, Jordan & Treadwell, P.C. |
| 2 | |
| 3 | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

# III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS |
|---|---|---|---|
| 1 | 2010 | Adams, Jordan & Treadwell, P.C., salary | 0 to date |
| 2 | 2009 | Adams, Jordan & Treadwell, P.C., salary | $ 522,666.68 |
| 3 | 2008 | Adams, Jordan & Treadwell, P.C., salary | $ 598,712.89 |
| 4 | 2009 | Mercer Law School, salary | $ 2,000.00 |
| 5 | 2008 | Mercer Law School, salary | $ 2,000.00 |

# FINANCIAL DISCLOSURE REPORT

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

☐ NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | 2010 | WT Designs; Landscape Architect |
| 2 | 2009 | WT Designs; Landscape Architect |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE (No such reportable gifts.) | | |
| 1 | EXEMPT | | $ |
| 2 | | | $ |
| 3 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | A. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | B. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | C. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Merrill Lynch CMA | | | | | Exempt | | | | |
| 2 -Cash | B | Interest | G | T | | | | | |
| 3 -Powershares VRDO TXFR | B | Dividend | G | T | | | | | |
| 4 Merrill Lynch - Wimberly | | | | | | | | | |
| 5 -Cash | A | Interest | K | T | | | | | |
| 6 -American Express (AXP) | A | Dividend | E | T | | | | | |
| 7 -Ameriprise (AMP) | A | Dividend | J | T | | | | | |
| 8 -Bristol-Myers (BMY) | A | Dividend | J | T | | | | | |
| 9 -General Electric (GE) | A | Dividend | J | T | | | | | |
| 10 -Home Depot (HD) | A | Dividend | J | T | | | | | |
| 11 -Johnson & Johnson (J&J) | A | Dividend | K | T | | | | | |
| 12 -Kimberly-Clark (KMD) | B | Dividend | K | T | | | | | |
| 13 -Zimmer (ZMH) | A | Dividend | J | T | | | | | |
| 14 Marc IRA | | | | | | | | | |
| 15 -Cash | C | Interest | J | T | | | | | |
| 16 -Diamonds Trust Series (DIA) | A | Dividend | J | T | | | | | |
| 17 -Ishares S&P 500 (IVE) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1) Amt Code (A-H) | (2) Type (e.g. div, rent, or int) | C.<br>Gross value at end of<br>reporting period<br>(1) Value Code (J-P) | (2) Value Method Code (Q-W) | D.<br>Transactions during reporting period<br>(1) Type (e.g. buy, sell, merger, redemption) | (not exempt from disclosure)<br>(2) Date Month/Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 -Ishares DJ US (IYF) | A | Dividend | J | T | | | | | |
| 19 -Ishares MSCI EAFE (EFA) | A | Dividend | J | T | | | | | |
| 20 -Ishares S&P Latin (ILF) | A | Dividend | J | T | | | | | |
| 21 -Ishares MSCI Emerg (EEM) | A | Dividend | J | T | | | | | |
| 22 -Ishares FTSE (FXI) | A | Dividend | J | T | | | | | |
| 23 -Ishares S&P Mid Cap 400 (IJK) | A | Dividend | J | T | | | | | |
| 24 -Ishares TR DJ US (IYW) | A | Dividend | J | T | | | | | |
| 25 -Ishares S&P 500 (IVW) | A | Dividend | J | T | | | | | |
| 26 -Ishares DJ US Basic (IYM) | A | Dividend | J | T | | | | | |
| 27 -Ishares DJ US Consumer (IYK) | A | Dividend | J | T | | | | | |
| 28 -Ishares Dow Jones (IYE) | A | Dividend | J | T | | | | | |
| 29 -Ishares Trust Dow Jones (IYJ) | A | Dividend | J | T | | | | | |
| 30 -Ishares Dow Jones US (IYR) | A | Dividend | J | T | | | | | |
| 31 -Ishares S&P Mid Cap (IJJ) | A | Dividend | J | T | | | | | |
| 32 -Mid Cap SPDR (MDY) | A | Dividend | J | T | | | | | |
| 33 -Timco Unconstrained (PUCPX) | A | Dividend | J | T | | | | | |
| 34 -Powershares QQQ TR (QQQQ) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less, B=$1,001-$2,500, C=$2,501-$5,000, D=$5,001-$15,000, E=$15,001-$50,000
(See Col B1, D4) F=$50,001-$100,000, G=$100,001-$1,000,000, H1=$1,000,001-$5,000,000, H2=More than $5,000,000
2. Value Codes: J=$15,000 or less, K=$15,001-$50,000, L=$50,001-$100,000, M=$100,001-$250,000
(See Col C1, D3) N=$250,001-$500,000, O=$500,001-$1,000,000, P1=$1,000,001-$5,000,000, P2=$5,000,001-$25,000,000,
P3=$25,000,001-$50,000,000, P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal, R=Cost (real estate only), S=Assessment, T=Cash/Market
(See Col C2) U=Book Value, V=Other, W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of instructions.)*

| Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | B. (2) Type (e.g. div rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transaction during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 -SPDR S P Emerg Asia (GMF) | A | Dividend | J | T | | | | | |
| 36 -SPDR S P Emerg Europe (GUR) | A | Dividend | J | T | | | | | |
| 37 -S&P DEP RCPT (SPY) | A | Dividend | J | T | | | | | |
| 38 -Van KMPN BD FD (VBF) | A | Dividend | J | T | | | | | |
| 39 Trust #1 | | | | | | | | | |
| 40 -Ridgeworth FD Tax EX | D | Dividend | O | T | | | | | |
| 41 -BP(BP) | D | Dividend | O | T | | | | | |
| 42 -Praxair (PX) | D | Dividend | O | T | | | | | |
| 43 -General Electric (GE) | D | Dividend | O | T | | | | | |
| 44 -Home Depot (HD) | D | Dividend | O | T | | | | | |
| 45 -Coca-Cola (KO) | D | Dividend | O | T | | | | | |
| 46 -Colgate Palmolive (CL) | D | Dividend | O | T | | | | | |
| 47 -Kimberly-Clark (KB) | D | Dividend | O | T | | | | | |
| 48 -Wal-Mart (WMT) | D | Dividend | O | T | | | | | |
| 49 -Bristol Myers Squibb (BMY) | D | Dividend | O | T | | | | | |
| 50 -Johnson & Johnson (J&J) | D | Dividend | O | T | | | | | |
| 51 -American Express (AXP) | D | Dividend | O | T | | | | | |

Income Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col B1,D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col C1,D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
Value Method Codes Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col C2) U=Book Value V=Other W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS – income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during Reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52  – Bank of America (BAC) | D | Dividend | O | T | | | | | |
| 53  –JP Morgan (JPM) | D | Dividend | O | T | | | | | |
| 54  –Schwab (SCHW) | D | Dividend | O | T | | | | | |
| 55  –Wells Fargo (WFC) | D | Dividend | O | T | | | | | |
| 56  –Hewlett Packard (HPQ) | D | Dividend | O | T | | | | | |
| 57  –Intel (INTC) | D | Dividend | O | T | | | | | |
| 58  –Microsoft (MSFT) | D | Dividend | O | T | | | | | |
| 59  –Verizon (VZ) | D | Dividend | O | T | | | | | |
| 60  –Forum FDS ABS Strat (ASFIX) | D | Dividend | O | T | | | | | |
| 61  –M&N FD World Opp. (EXWAX) | D | Dividend | O | T | | | | | |
| 62  –Oppenheimer Dev. MKTS (ODVYX) | D | Dividend | O | T | | | | | |
| 63  Trust #2 | | | | | | | | | |
| 64  –Ridgeworth FD Tax EX | D | Dividend | N | T | | | | | |
| 65  –BP (BP) | D | Dividend | N | T | | | | | |
| 66  –General Electric (GE) | D | Dividend | N | T | | | | | |
| 67  –Home Depot (HD) | D | Dividend | N | T | | | | | |
| 68  –Wal-Mart (WMT) | D | Dividend | N | T | | | | | |

1. Income Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. D1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book value V=Other W=Estimated

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | Transactions during reporting period Type (e.g. buy, sell merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 69 -Abbot Labs (ABT) | D | Dividend | N | T | | | | | |
| 70 -JP Morgan Chase | D | Dividend | N | T | | | | | |
| 71 -Intel (INTC) | D | Dividend | N | T | | | | | |
| 72 -Oppenheimer Dev. MKTS (ODVYX) | D | Dividend | N | T | | | | | |
| 73 Morgan Stanley | | | | | | | | | |
| 74 -AT&T (T) | A | Dividend | C | T | | | | | |
| 75 -Coca-Cola (K) | A | Dividend | K | T | | | | | |
| 76 -Wal-Mart (WMT) | A | Dividend | L | T | | | | | |
| 77 IRA | | | | | | | | | |
| 78 -Capital Income Builder Fd (CIBBX) | A | Dividend | K | T | | | | | |
| 79 -Capital World Growth (CWGBX) | A | Dividend | K | T | | | | | |
| 80 -Washington Mutual Fund Cl. B (WSHBX) | A | Dividend | K | T | | | | | |
| 81 401(k) | | | | | | | | | |
| 82 -Growth Fund of America - R2 | A | Dividend | L | T | | | | | |
| 83 -Investment Company of America - R2 | A | Dividend | L | T | | | | | |
| 84 -Fundamental Investors - R2 | A | Dividend | L | T | | | | | |
| 85 Trust #3 | | | | | | | | | |

Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

Value Codes   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(See Cols. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000

Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent, int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 86 -General Electric (GE) | A | Dividend | J | T | | | | | |
| 87 -Johnson & Johnson (J&J) | A | Dividend | K | T | | | | | |
| 88 Trust #4 | | | | | | | | | |
| 89 -General Electric (GE) | A | Dividend | K | T | | | | | |
| 90 -Home Depot (HD) | A | Dividend | J | T | | | | | |
| 91 -Johnson & Johnson (J&J) | A | Dividend | K | T | | | | | |
| 92 -Fidelity Adv Healthcare (FACDX) | A | Dividend | J | T | | | | | |
| 93 -Fidelity Adv Growth (FGIRX) | A | Dividend | J | T | | | | | |
| 94 -MFS Growth (MCGWX) | A | Dividend | K | T | | | | | |
| 95 -Putnam Europe Equity (PEUGX) | A | Dividend | J | T | | | | | |
| 96 -Putnam Investors FD CL A (PINVX) | A | Dividend | J | T | | | | | |
| 97 529 Account #1 | | | | | | | | | |
| 98 -BLKRK 100% Equity | A | Dividend | J | T | | | | | |
| 99 529 Account #2 | | | | | | | | | |
| 100 -BLKRK 100% Equity | A | Dividend | K | T | | | | | |
| 101 Rental Property | A | Rent | N | W | | | | | |
| 102 Northwestern Policy #1 | A | Dividend | K | T | | | | | |
| 103 Northwestern Policy #2 | A | Dividend | K | T | | | | | |

Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
  P3=$25,000,001-$50,000,000  P4=More than $50,000,000
Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 104 Northwestern Policy #3 | A | Dividend | K | T | | | | | |
| 105 Northwestern Policy #4 | A | Dividend | K | T | | | | | |
| 106 E-Trade | | | | | | | | | |
| 107 -Amazon (AMZN) | A | Dividend | J | T | | | | | |
| 108 -CTRIP (CTRP) | A | Dividend | J | T | | | | | |
| 109 -Dell | A | Dividend | J | T | | | | | |
| 110 -Earthlink (ELNK) | A | Dividend | J | T | | | | | |
| 111 -Expedia (EXPE) | A | Dividend | J | T | | | | | |
| 112 -Google (GOOG) | A | Dividend | J | T | | | | | |
| 113 | | | | | | | | | |
| 114 | | | | | | | | | |
| 115 | | | | | | | | | |
| 116 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date _February 5, 2010_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | Treadwell, Marc T. | |

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 712 | 719 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 1 | 811 | 102 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
|   Due from relatives and friends | | | | Unpaid income tax | | | |
|   Due from others | | | | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable-add schedule | | 299 | 000 |
| Real estate owned-add schedule | 1 | 319 | 900 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 100 | 000 | | | | |
| Cash value-life insurance | | 85 | 000 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 299 | 000 |
| | | | | Net Worth | 3 | 729 | 721 |
| Total Assets | 4 | 028 | 721 | Total liabilities and net worth | 4 | 028 | 721 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |